IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:10cr14 |
| | ) | |
| | ) | JUDGE HAYNES |
| FRANK M. MURRELL | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Frank M. Murrell's motion to suppress (Docket Entry No. 20) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the _3rd_ day of January, 2011.

                                                WILLIAM J. HAYNES, JR.
                                              United States District Judge